# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

Luis F Zapata
_____
Write the full name of each plaintiff.

No. _____
(To be filled out by Clerk's Office)

-against-

N.Y.P.D. OFFICERS 120 PCT
Jeffrey Stefanski) christophe Bannon)
Simone, michael) Dom Block, David
Lee, maldonado) cannata ) Attorney: vitaliuno, michael, Edgar

Write the full name of each defendant. If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section IV.

## COMPLAINT
(Prisoner)

Do you want a jury trial?
☐ Yes   ☐ No

### NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

2024 APR 23  AM 11:28
SDNY PRO SE OFFICE
RECEIVED

Rev. 5/6/16

## I. LEGAL BASIS FOR CLAIM

State below the federal legal basis for your claim, if known. This form is designed primarily for prisoners challenging the constitutionality of their conditions of confinement; those claims are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "*Bivens*" action (against federal defendants).

☑ Violation of my federal constitutional rights

☐ Other: _____

## II. PLAINTIFF INFORMATION

Each plaintiff must provide the following information. Attach additional pages if necessary.

Luis / F / Zapata
First Name / Middle Initial / Last Name

Luis / Zapata
State any other names (or different forms of your name) you have ever used, including any name you have used in previously filing a lawsuit.

541-230-0341
Prisoner ID # (if you have previously been in another agency's custody, please specify each agency and the ID number (such as your DIN or NYSID) under which you were held)

INC 15 Hazen st East ElmHurst
Current Place of Detention

I.N.C. 1500 Hazen. sT East ElmHursT
Institutional Address

NEW YORK / NY / 11370
County, City / State / Zip Code

## III. PRISONER STATUS

Indicate below whether you are a prisoner or other confined person:

☑ Pretrial detainee
☐ Civilly committed detainee
☐ Immigration detainee
☐ Convicted and sentenced prisoner
☐ Other: _____

## IV. DEFENDANT INFORMATION

To the best of your ability, provide the following information for each defendant. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are identical to those listed in the caption. Attach additional pages as necessary.

**Defendant 1:**
- First Name / Last Name / Shield #: JEFFREY STEFANSKI #937584
- Current Job Title (or other identifying information): DT3 206 - CENTRAL ROBBERY DIVISION. 120.PREV
- Current Work Address: 120. Precinct Richmond Tar
- County, City / State / Zip Code: staten island / NY / 10301

**Defendant 2:**
- First Name / Last Name / Shield #: CHRISTOPHE BANNON 921137
- Current Job Title (or other identifying information): SUPV.
- Current Work Address: 120. Precinct 78 Richmond Tar
- County, City / State / Zip Code: staten island / NY / 10301

**Defendant 3:**
- First Name / Last Name / Shield #: SIMONE MICHAEL 948136
- Current Job Title (or other identifying information): Supervisor. Approving. NYP.D
- Current Work Address: 120. Precinct 78 Richmond Tar
- County, City / State / Zip Code: staten island / NY / 10301

**Defendant 4:**
- First Name / Last Name / Shield #: POM BLACK DAVID 963875
- Current Job Title (or other identifying information): Reporting/investigating M.O.S. name, 120 Pct. NYDP
- Current Work Address: 120. Precinct 78 Richmond Tar
- County, City / State / Zip Code: state island / NY / 10301

## IV. DEFENDANT INFORMATION

To the best of your ability, provide the following information for each defendant. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are identical to those listed in the caption. Attach additional pages as necessary.

Defendant 1:  LEE / maldonado / 948083
First Name / Last Name / Shield #
DT3-580 waRRant section - cmd
Current Job Title (or other identifying information)
120. Precinct 78 Richmond Tr
Current Work Address
state island / NY / 10304
County, City / State / Zip Code

Defendant 2:  CANNATA / 943044
First Name / Last Name / Shield #
signoff supervisor SGT
Current Job Title (or other identifying information)
120. Precinct 78 Richmond Tr
Current Work Address
sTate island / NY / 10304
County, City / State / Zip Code

Defendant 3:  Vitaliano / michael, edgar
First Name / Last Name / Shield #
Defense Attorney
Current Job Title (or other identifying information)
1492. Victory Blvd
Current Work Address
state island / NY / 10301
County, City / State / Zip Code

Defendant 4:
First Name / Last Name / Shield #
Current Job Title (or other identifying information)
Current Work Address
County, City / State / Zip Code

Page 3

## V. STATEMENT OF CLAIM

Place(s) of occurrence: 164-winter. Ave state island. Home

Date(s) of occurrence: on, 5-4-2023

**FACTS:**

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and how each defendant was personally involved in the alleged wrongful actions. Attach additional pages as necessary.

The involvement of All officers that Fall under The chain comand.

The Hand cuffs was to Tight, no one wanted To Remove The cuff whin I was on Transpotar To 120 Precinct

I was screming to The to of my Lungs - I'm Aks EAch officer For E.M.S. Help...

Officers laughing saying I shouldnt Put my Hands on My ex-wife.

I Requested For E.m.s. Help For my shoulder Pam and my Hands cause. The swalling For The Hand cuff,

Officers were causing Harm By No Providing me medical assistance

Officers making False Information And False Prosecution

ATTORNEY: Vitaliano Michael Edgard
INEFECTID, Asistand on my DEFENSE

### INJURIES:

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

INJURIES - causing Pain on my SHOOULDOR
INJURIES Emotional
INJURIES Financial

### VI. RELIEF

State briefly what money damages or other relief you want the court to order.

To Pay For damages. acorde To THE Law

## VII. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I understand that if I file three or more cases while I am a prisoner that are dismissed as frivolous, malicious, or for failure to state a claim, I may be denied *in forma pauperis* status in future cases.

I also understand that prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions, 42 U.S.C. § 1997e(a), and that my case may be dismissed if I have not exhausted administrative remedies as required.

I agree to provide the Clerk's Office with any changes to my address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

Dated: 4-16-2024

Plaintiff's Signature: Luis Zapata

First Name: Luis    Middle Initial: F    Last Name: Zapata

Prison Address: INC 1500 Hazen St East Elmhurst

County, City: New York    State: NY    Zip Code: 11370

Date on which I am delivering this complaint to prison authorities for mailing: _____



From: Luis F Zapata
B.C. 541 230 034
I.N.C. 1500 Hazen.
St. G. South
East Elmhurst, N.Y. 11370

To
Prose Intake Unit
500 Pearl St.
New York, N.Y. 10007

USPS EDNY
KNGS

7022 1670 0001 9088 2098
CERTIFIED MAIL

Retail
RDC 99
10007